## STATE OF CONNECTICUT *v.* JEFFREY RIDDICK

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 275 (AC 20519), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James B. Streeto*, deputy assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.